IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01304-MSK-MEH

STELLA MCCANDLESS,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,
PEPSICO, INC., a North Carolina corporation, and
BOTTLING GROUP, LLC, a Delaware corporation, d/b/a PEPSI BOTTLING COMPANY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2009.**

    The Joint Motion for Entry of Protective Order [filed December 10, 2009; docket #44] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.